Case: 1:23−mj−00223
Assigned To : Harvey, G. Michael
Assign. Date : 8/22/2023
Description: Complaint W/ Arrest Warrant

## STATEMENT OF FACTS

Beginning in or around June 2023, Special Agents with the Washington Field Office of the Federal Bureau of Investigation (FBI) initiated an investigation into the insider trading activities of ROMERO CABRAL DA COSTA NETO (COSTA).

COSTA is a Brazilian visiting international attorney at LAW FIRM A, where he advises on Foreign Corrupt Practices Act matters. COSTA is employed at LAW FIRM A for a term of approximately one year and is staying in the United States on a J-1 Visa that expires on September 23, 2023. COSTA has a lease at 1750 P Street NW #601 and has been observed by investigating agents entering the building. COSTA's J-1 Visa states that he is in the United States training at LAW FIRM A in Banking, Corporate, Finance, and Securities Law.

### Transaction Involving COMPANY B and COMPANY D

COMPANY B is a Seattle-based biotech company founded in 1992 that focuses on the acquisition, development, and commercialization for blood-related cancers that offer unique benefits to patients. COMPANY B was recently acquired in a $1.7 billion deal.  LAW FIRM A serves as outside counsel for COMPANY B and representatives of LAW FIRM A were present in all COMPANY B board meetings discussing the sale, which began in early April, 2023.

On April 5, 2023, COMPANY B contacted investment banking and advisory firm ADVISOR C to advise ADVISOR C that COMPANY D had submitted a non-binding proposal to COMPANY B to purchase all of the fully diluted common stock of COMPANY B for $8.00 per share. Later that day, the Transaction Committee of the Board of Directors of COMPANY B held a meeting by videoconference which was attended by COMPANY B's senior management, and representatives of COMPANY B's legal counsel at LAW FIRM A, among others. The Transaction Committee reviewed the terms of the proposal from COMPANY D.

In the following weeks COMPANY B received additional competing offers which proposed alternate transactions. On April 29, 2023, a representative of COMPANY D informed the President and Chief Executive Officer of COMPANY B (CEO B) that COMPANY D intended to submit a final proposal to acquire all of the shares of common stock on May 1, 2023.

On May 2, 2023, COMPANY D sent CEO B a revised proposal to purchase all of the shares of COMPANY B stock for $8.80. Later that day, the COMPANY B Board held a meeting by videoconference, which included, among others, representatives of LAW FIRM A. At the meeting, the COMPANY B Board instructed management to inform COMPANY D that COMPANY B would be willing to enter into a strategic transaction with COMPANY D for an offer price greater than $9.00 per share.

On May 8, 2023, COMPANY D told CEO B that COMPANY D was prepared to submit a revised proposal to COMPANY B for greater than $9.00 per share. Later that day, the COMPANY B Board held a meeting by videoconference, which again included representatives of LAW FIRM A, among others. CEO B updated the COMPANY B Board regarding the communications from COMPANY D and COMPANY B's expected receipt of a revised offer from COMPANY D.

On May 9, 2023, COMPANY D sent CEO B a revised proposal to acquire all of the common stock of COMPANY B for $9.10 per share. Later that day, the COMPANY B Board held a meeting by teleconference, which included representatives of LAW FIRM A, among others. At the meeting, representatives of ADVISOR C opined that the latest offer from COMPANY D was fair to the shareholders from a financial perspective and the Board of COMPANY B unanimously approved the sale. When the market closed that afternoon, shares of COMPANY B settled at $4.82. On May 10, 2023, at around 01:00 a.m., COMPANY B and COMPANY D each issued press releases announcing the sale and transaction price of $9.10 per share.  Following the announcement, shares of COMPANY B opened for trading on May 10, 2023 at $8.91.  They closed at $8.93 on May 10, 2023.

## COSTA's Obtaining Material Non-Public Information

At all times relevant to this investigation, COSTA was serving as a visiting international attorney for LAW FIRM A. LAW FIRM A has an explicit prohibition on insider trading and the use of material non-public information. All employees must sign an acknowledgement of the policy and agree to abide by the policy before beginning employment with LAW FIRM A.  I understand COSTA executed such an acknowledgement of the policy, including the explicit prohibition on insider trading and the use of material non-public information.

LAW FIRM A manages its client files and documents internally through a document management system named iManage. LAW FIRM A has confirmed that between May 3, 2023 and May 9, 2023, COSTA accessed 25 unique documents relating to the sale of COMPANY B. COSTA accessed these documents a total of 113 times. The documents included draft security filings for COMPANY B, draft and final board and board committee meeting minutes for COMPANY B, and draft shareholder meeting material for COMPANY B.  LAW FIRM A confirmed that iManage showed COSTA increasing his viewing of COMPANY B documents on May 8, 2023 and May 9, 2023.  LAW FIRM A has confirmed that COSTA did not work on COMPANY B's matters, did not bill time to COMPANY B's matters, and had no legitimate reason to access COMPANY B's files on iManage during this time period as he was not part of the LAW FIRM A team that handled this transaction.

## COSTA's Insider Trading Stock Transactions Related to COMPANY B

According to Apex Clearing Corporation (APEX), COSTA opened account number 9SK-07489 with the online trading firm. The account name is Romero Neto. On May 9, 2023, in his APEX account, COSTA purchased 5,411 shares of COMPANY B for a total of $25,998.69. To the affiant's knowledge, this was the first time COSTA had purchased COMPANY B stock through this account.

According to Charles Schwab (SCHWAB), COSTA opened account number 50659044 with the online trading firm on September 22, 2022. On May 9, 2023 in his SCHWAB account, COSTA purchased 4,989 shares of COMPANY B for a total of $23,987.42. COSTA had not previously purchased any shares of COMPANY B through this account.

On May 10, 2023, one day after his purchase, but after the press releases were issued, COSTA sold his entire position of 10,400 shares in his APEX and SCHWAB accounts for a total of $92,635.24, which resulted in a one-day investment profit of $42,649.13 for COSTA.

### Other COSTA Insider Trading

COSTA has also executed additional suspicious trades involving LAW FIRM A clients during his term of employment.

COMPANY E is a company represented by LAW FIRM A. On June 2, 2023, COSTA purchased stock in COMPANY E. On June 3, 2023, COMPANY E announced positive lead-in data from its ongoing Phase 3 PEAK trial evaluating  a drug treatment for patients with Gastrointestinal Stromal Tumors (GIST). The stock price rose following this announcement. COSTA sold his position in COMPANY E the following Monday, June 5, 2023. The following day, June 6, 2023, LAW FIRM A issued an opinion related to a secondary stock offering on behalf of COMPANY E, which had the effect of driving down the value of the stock. COSTA was able to purchase COMPANY E immediately before a positive market event and then quickly sell COMPANY E before the subsequent negative market event.  COSTA profited approximately $1,000 from these transactions. LAW FIRM A confirmed that COSTA accessed COMPANY E documents through the iManage system and had no legitimate reason to view these documents.

COMPANY F is a company represented by LAW FIRM A. On June 15, 2023, COMPANY F and COMPANY G announced a merger in an all-stock deal to create a $5.4 billion oilfield services firm. Between June 8, 2023 and June 12, 2023, COSTA purchased approximately 7,000 shares of COMPANY G in advance of this merger announcement. He subsequently sold these shares and profited approximately $8,500 from these transactions. LAW FIRM A confirmed that COSTA accessed COMPANY F documents through the iManage system and had no legitimate reason to view these documents.  Specifically, COSTA accessed these documents on each date between May 8 – 11, 15 – 18, and 31, as well as June 1, 2, 5, 6, and each date from June 8 through 15.

Your affiant believes that COSTA's additional trades in various companies represented by LAW FIRM A, and access to internal LAW FIRM A files related to these companies, provide context for COSTA's intent in his larger stock purchase in COMPANY B.  Your affiant believes the timing of COSTA's stock purchases (COMPANY B) on May 9, 2023, less than 24 hours before the merger was publicly announced, followed by the immediate sale of the stock the following day on May 10, coupled with his employment at the law firm advising COMPANY B on the acquisition and lack of previous trading in this stock, provide probable cause to believe that COSTA acted on material non-public information in making these profitable trades. LAW FIRM A's representations that COSTA accessed files and board meeting minutes for COMPANY B in the lead up to the transaction, when he was not assigned to this matter, further lead your affiant to believe that COSTA was acting on material non-public information to purchase stock in COMPANY B.  Your affiant knows that stock purchases are effectuated

through the use of telephones, websites, and telephone applications. These forms of communication all employ the use of wires operating in interstate commerce.

Based on the foregoing, I submit that there is probable cause to believe that the Defendant violated Title 15, United States Code, Section 78j(b) and 17 C.F.R. § 240.10b-5 which criminalizes insider trading based on material non-public information

_____
Special Agent Scott Kistler, BADGE #23239
Federal Bureau of Investigation


*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 22nd day of August, 2023*

Digitally signed by G.
Michael Harvey
Date: 2023.08.22 09:39:49
-04'00'

_____
HONORABLE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE