**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| **v.** | : | |
| | : | |
| **ROMERO CABRAL DA COSTA NETO** | : | **UNDER SEAL** |
| | : | |
| **Defendant.** | : | |

**GOVERNMENT'S MOTION TO SEAL THE CRIMINAL
COMPLAINT AND OTHER PLEADINGS, RECORDS,
PROCEEDINGS AND FILES, AND TO DELAY ENTRY ON
THE PUBLIC DOCKET OF THE FILING OF THIS
MOTION TO SEAL AND ALL RELATED MATTERS**

The United States, by and through its attorney, Matthew M. Graves, the United States Attorney for the District of Columbia, hereby respectfully submits this motion to seal the accompanying criminal complaint, bench warrant, as well as all other pleadings, proceedings, records and files in this case, including the instant motion to seal, and to delay entry on the public docket of this motion to seal and all related matters. In support of this motion, the government states as follows:

The defendant in this case is a Brazilian national living in the United States under a J-1 visa. He is currently employed as a visiting international attorney at a large D.C. law firm and is set to return to Brazil in September. He is the target of an insider trading investigation, centered around clients of the law firm where is employed. Defendant is yet unaware of the criminal investigation. The sealing is necessary because the complaint, bench warrant, and other future pleadings contain sensitive information, the disclosure of which would not be in the interest of the government or the public.

Law enforcement believes that the defendant, a foreign national with no ties to the United

States, may flee the jurisdiction to his home country of Brazil is he is made aware of the complaint and imminent arrest.   The disclosure of the complaint and bench warrants in the public records may hinder law enforcement's efforts in apprehending the target and may also endanger law enforcement personnel.  Defendant is a lawyer and should be experienced using the court's online filing system as well as PACER to look at public filings. Accordingly, it is essential that any information concerning the defendant having a pending case in this district be kept sealed for the time being.

Based on the nature of the ongoing criminal investigation, the government submits that public disclosure of the Indictment and accompanying documents would likely compromise the criminal investigation by: (1) placing the personal safety of law enforcement officials and innocent third parties at substantial risk; (2) alerting the defendants of the exact status of the investigation; (3) causing the defendant and other possible targets to destroy documents and other evidence, and (4) causing the defendant to flee the jurisdiction to his home country of Brazil.

Consequently, public notice of the filing of the sealed pleadings or proceedings, itself, is likely to compromise any ongoing criminal and grand jury investigation that would stem from this case, and present a substantial risk to the personal safety of law enforcement officials taking part in the covert investigation, and, in some cases, innocent bystanders.

Accordingly, the government submits that these facts present an extraordinary situation and a compelling governmental interest which justify not only the sealing of the criminal indictment and all other pleadings, records, proceedings, and files in this case, but also a delay in the public docketing of the filing of these sealed pleadings and the accompanying order until:(1) the substantial risk to the personal safety of cooperating individuals; and (2) the government represents that it can continue its criminal investigation without substantial risk that it would be

jeopardized due to the  public docketing of the fact that sealed pleadings have been filed in this

case.  See Washington Post v. Robinson, 935 F.2d 282, 289 (D.C. Cir. 1991).

      WHEREFORE, it is respectfully requested that this motion be granted.

                     Respectfully submitted,

                     MATTHEW M. GRAVES
                     United States Attorney
                     D.C. Bar No. 481052

By:     */s/ KEVIN L ROSENBERG*
            KEVIN L ROSENBERG
            OHIO BAR 0081448
            Assistant United States Attorney
            FRAUD, PUBLIC CORRUPTION, AND CIVIL
            RIGHTS SECION
            601 D Street, NW, 5th Floor
            Washington, DC 20530
            (202) 252-7833
            KEVIN.ROSENBERG@USDOJ.GOV