AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America v.
ROMERO CABRAL DA COSTA NETO

)
)
)
)
)

Case: 1:23-mj-00223
Assigned To : Harvey, G. Michael
Assign. Date : 8/22/2023
Description: Complaint W/ Arrest Warrant

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Romero Cabral Da Costa Neto ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
  Title 15, United States Code, Section 78j(b) and 17 C.F.R. § 240.10b-5 (INSIDER TRADING)

Date:   08/22/2023

_____
*Issuing officer's signature*

Digitally signed by G. Michael Harvey
Date: 2023.08.22 09:40:38 -04'00'

City and state:   Washington, D.C.      G. Michael Harvey, USMJ
*Printed name and title*

**Return**

This warrant was received on *(date)* 8/22/23 , and the person was arrested on *(date)* 8/22/23
at *(city and state)* WASH DC .

Date:   8/22/23

_____
*Arresting officer's signature*

Scott Brown  TFO/FBI
*Printed name and title*