UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROMERO COSTA DA NETO,<br><br>Defendant. | No. 23-mj-223 (GMH) |

### ORDER

This matter comes before the Court on the government's Unopposed Motion to Continue the time to schedule a Preliminary Hearing. The Court finds that there is good cause for the requested continuance and that the exclusion of time from calculations Speedy Trial Act would serve the ends of justice by allowing the parties to discuss a resolution of this matter that would obviate the need for the preliminary hearing or grand jury action. *Cf.* Fed. R. Crim. P. 5.1(d); 18 U.S.C. § 3161(h)(7)(A).

IT IS THEREFOR ORDERED that on or before September 8, 2023, the parties shall file a joint status report advising the Court whether a preliminary hearing is necessary in this matter and if one is necessary, the Court will schedule a hearing within the applicable time period following September 8, 2023; and it is further;

ORDERED that the time between August 25, 2023, and September 8, 2023, shall be excluded from the time within which an indictment must be filed and the time within which trial in this matter must commence.

_____
G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE