# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case no. 23-mj-223 |
| v. | |
| **ROMERO CABRAL DA COSTA NETO,**<br>            **Defendant.** | |

## ORDER

The Court has reviewed the motion for admission of attorney Blake C. Goebel pro hac vice (Dkt. No. 16). Upon consideration of that motion, the Court grants attorney Blake C. Goebel pro hac vice admission to this Court.

**SO ORDERED.**

Washington, D.C.  
August 29, 2023

HONORABLE ZIA M. FARUQUI  
United States Magistrate Judge